[No. 38957-6-II.   Division Two.   March 9, 2010.]

BETTER FOODS LAND INVESTMENT COMPANY, *Respondent*, v.
RICK BOWLER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clark
County, No. 08-2-01375-1, Robert L. Harris, J., entered
February 10, 2009. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Bridgewater, J.; Penoyar,
A.C.J., concurring separately.

[No. 39009-4-II.   Division Two.   March 9, 2010.]

THE STATE OF WASHINGTON, *Appellant*, v. JOANNE GARDNER,
*Respondent*.

Appeal from a judgment of the Superior Court for Pacific
County, No. 08-1-00028-0, Michael J. Sullivan, J., entered
March 16, 2009. *Reversed* and *remanded* by unpublished
opinion per Hunt, J., concurred in by Bridgewater and
Quinn-Brintnall, JJ.

[No. 27678-3-III.   Division Three.   March 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN CALDERON
FLORES, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 08-1-00561-8, Kenneth L. Jorgensen, J., en-
tered November 18, 2008. *Reversed* and *remanded* by un-
published opinion per Sweeney, J., concurred in by Brown,
A.C.J., and Korsmo, J.